# UNITED STATES BANKRUPTCY COURT

# EASTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| In the matter of: | Case No.: 07-32179-dof |
| Junnie Mcleria Fields | **Chapter 13 Proceedings** |
| **Debtor(s).** | **Judge Daniel Opperman** |

_____/

## NOTICE OF UNCLAIMED DIVIDENDS

**TO: CLERK OF THE COURT**

    The attached check represents an unclaimed dividend in this estate and is remitted to the clerk of the court pursuant to U.S.C. 347(a). The name of the party entitled to this unclaimed dividend is as follows:

| Creditor or Debtor Name | Court Clm.# | Trustee Clm.# | Class of Claim | Check# | Amt. of Check |
|---|---|---|---|---|---|
| Barclays Capital Real Estate Inc. dba HomEq Servicing | 2 | 4 | Secured | 725575 | $536.63 |

Dated: December 3, 2010

                                                            /s/Carl L. Bekofske
                                                            Carl L. Bekofske,
                                                             Standing Chapter 13 Trustee
                                                            400 N. Saginaw St., Ste 331
                                                            Flint, MI 48502
                                                           Telephone: (810) 238-4675
                                                           Fax: (810) 238-4712
                                                           Email: ECF@flint13.com
                                                           P10645